UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-3245-CAS(FFMx) | Date | July 18, 2008 |
|---|---|---|---|
| Title | *UNIVERSAL CITY STUDIOS, LLLP; ET AL. v. MARK ESPOSITO; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 2, 2008** why this action should not be dismissed for lack of prosecution **as to defendants MARK ESPOSITO; and THOMAS ESPOSITO;**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   An answer by **defendant MARK ESPOSITO,** or plaintiff's request for entry of default on this defendant; and

2)   A proof of service of summons on first amended complaint and first amended complaint on **defendant THOMAS ESPOSITO**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|   |   | 00 | : | 00 |
|---|---|---|---|---|
|   | Initials of Preparer |   | CMJ |   |